**Sean LEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 73784.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 20, 1998.

Rosemary D. McGuire, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

### ORDER

PER CURIAM.

Sean Lee (Movant) appeals from the judgment denying his Rule 24.035 motion without a hearing. After reviewing the briefs and the record on appeal, we conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).